IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 8:96CR24 |
| v. | ) | |
| DAYVONTA MOORE, ABASHEIA LAJUANA PEREZ, DARNELL E. TATUM, | ) | REASSIGNMENT ORDER |
| Defendants. | ) | |

This case is assigned to the Late District Judge William G. Cambridge. Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Lyle E. Strom for disposition and remains assigned to Magistrate Judge Thomas D. Thalken for judicial supervision and processing of all pretrial matters.

DATED this 19th day of August, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge